✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 3 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
CHRISTINE KELLER
Illinois State Bar No. 6281316
M. VINNIE LICHVAR
Arizona State Bar No. 028112
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Christine.Keller@usdoj.gov
Email: Vinnie.Lichvar@usdoj.gov
Assistant United States Attorneys
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Jason Ray,<br><br>　　　　　Defendant. | No. CR-23-00121-PHX-SMB (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1992(a)(1), (a)(10), (b)(1) and (c)(1)<br>(Violence Against Railroad Carriers – Track Equipment)<br>Count One<br><br>18 U.S.C. § 844(i)<br>(Malicious Damage to a Vehicle by use of Fire or Explosives)<br>Count Two<br><br>18 U.S.C. §§ 1992(a)(7), (a)(10) and (c)(1)<br>(Violence Against Railroad Carriers – Dangerous Weapon)<br>Count Three |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about December 29, 2020, in the District of Arizona, the defendant, JOSEPH JASON RAY, knowingly and without lawful authority and permission, did attempt to wreck, derail, set fire to, and disable railroad on-track equipment, to wit, a train engine

owned by the Union Pacific Railroad, a railroad carrier engaged in interstate commerce, which at the time of the offense was carrying an employee.

All in violation of 18 U.S.C. §§ 1992(a)(1), 1992(a)(10), 1992(b)(1) and 1992(c)(1).

## COUNT 2

On or about December 29, 2020, in the District of Arizona, the defendant, JOSEPH JASON RAY, did attempt to maliciously damage and destroy, by means of fire and explosive, a vehicle, to wit, a train engine owned by the Union Pacific Railroad, used in interstate commerce and any activity affecting interstate commerce.

All in violation of 18 U.S.C. § 844(i).

## COUNT 3

On or about March 1, 2021, in the District of Arizona, the defendant, JOSEPH JASON RAY, knowingly and without lawful authority and permission, did commit and attempt to commit an act, including the use of a dangerous weapon, with the intent to cause serious bodily injury to a person on property used in the operation of, and in support of the operation of, the Union Pacific Railroad, a railroad carrier engaged in interstate commerce.

All in violation of 18 U.S.C. §§ 1992(a)(7), (a)(10) and (c)(1).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: January 31, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
CHRISTINE KELLER
M. VINNIE LICHVAR
Assistant U.S. Attorneys

- 2 -